**Order entered August 16, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00474-CV

## ISRAEL A. GONZALEZ, Appellant

## V.

## TIMOTHY C. ABIGAIL, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08247**

## ORDER

As directed to do so, appellant has filed written verification he has requested the reporter's record of hearings conducted on January 8, 2021 and March 26, 2021. In light of these circumstances, we **ORDER** Gina Udall, Official Court Reporter for the 160th Judicial District Court, to file the requested records no later than September 15, 2021.

/s/     ROBERT D. BURNS, III
            CHIEF JUSTICE